IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROSA MEXICANO BRANDS, INC., <br><br> Plaintiff, <br><br> -v- <br><br> <ROSAMEXICANOPUNTADEMITA.COM>, et al., <br><br> Defendants. | Civil Action No. 1:14-CV-00003 |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

Before the Court is Plaintiffs' Motion for Default Judgment against all Defendants pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 17). Pursuant to 28 U.S.C. § 636(b)(1)(c) the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on July 17, 2014 (Dkt. No. 22). Upon the Plaintiff's motion for entry of default judgment against Defendants, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

1. Plaintiff's Motion for Default Judgment (Dkt. No. 17) is **GRANTED**. Default judgment is entered in favor of Plaintiff and against Defendant domain names.

2. VeriSign, Inc. is directed to transfer the registration of Defendant domain names <rosamexicanopuntademita.com>, <rosamexicanobucerias.com>, <rosarestaurantmexicanopuntademita.com>, <rosamexsicano.com>, <rosamexicanohabana.com>, <rosamexicanoboston.com>, <rosamexicanonewyork.com>, <rosamexicanosanfrancisco.com>, <rosamexicanodubai.com>, <rosamexicanolosangeles.com>,

<rosamexicanonationalharbor.com>, <rosamexicanogeorgia.com>,

<rosamexicanomaryland.com>, <rosamexicanominneapolis.com>,

<rosamexicanowashington.com>, <rosamexicanomiami.com>,

<rosamexicanoatlanta.com>, <rosamexicanoflorida.com>, <rosamexicanopanama.com>.

<rosamexicanohackensack.com>, <rosamexicanocuba.com>,

<rosamexicanopalmbeachgardens.com> from their current registrar to a registrar of

Plaintiff's choosing.

August 18, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge